# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | | |
|---|---|---|---|
| V. | | | |
| **Bulmaro Solorzano-Barrientos** | PRINCIPAL | the United Mexican States | |
| A201 103 134  YOB: 1973 | | | |
| **Laura Alicia Vargas-Gomez** | CO-PRINCIPAL | the United Mexican States | |
| A206 142 085  YOB: 1981 | | | |
| **Gavildo Perez-Lopez** | CO-PRINCIPAL | the United Mexican States | |
| A205 376 675  YOB: 1982 | | | |

## CRIMINAL COMPLAINT

Case Number:

M-13-1236-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 08, 2013** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Karla Ivonne Velado-Campos, citizen and national of El Salvador, and Jaime Martinez-Abelino, citizen and national of the United Mexican States, and forty-five (45) other undocumented aliens, for a total of forty-seven (47), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On July 2, 2013, Weslaco, Texas Border Patrol Station received a telephone call from a concerned citizen regarding a possible harboring house located at the intersection of Simpson Road and Curve Road, in Weslaco, Texas. The caller advised that she had seen numerous subjects being dropped off at different times of the day at a red abandoned brick house located at the intersection mentioned above. Caller stated that she suspected at least 100 (possible undocumented aliens) to be inside the home.

On the same day, Border Patrol Agents N. Castillo and N. Silva conducted surveillance at the possible harboring location to corroborate the information provided. Upon arriving at the location, Agents Castillo and Silva observed a green in color Chevrolet Suburban parked at the entrance of the gate of the house and a male subject sitting in the driver's seat.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Approved by:
Terry Roncord
Asst U.S. Attorney

Signature of Complainant

**Nestor Hernandez    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,  9:06 / 4

July 10, 2013    at   McAllen, Texas
Date                      City and State

**Peter E. Ormsby** , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-13- 1236-M

| RE: | | |
|---|---|---|
| | Bulmaro Solorzano-Barrientos | A201 103 134 |
| | Laura Alicia Vargas-Gomez | A206 142 085 |
| | Gavildo Perez-Lopez | A205 376 675 |

**CONTINUATION:**

On July 5, 2013, the same male subject who was seen sitting inside the driver's seat of the suburban along with a unidentified female were observed by Agents N. Castillo and N. Silva at a local HEB buying groceries and delivering them to the harboring location.

On July 8, 2013, at approximately 1:45 P.M., the female subject who was observed previously at the possible harboring location delivering groceries was seen entering the green Suburban and leaving the Agua Fina Apartments in Edinburg, Texas. Agents Mares, S. Orozco and H. Almaguer followed the Suburban to the parking lot of the Oraeilley's store located on Farm to Market 107 and 23rd street in Edinburg, Texas where the female driver picked up the male subject who was also seen at the possible harboring location. The vehicle was observed traveling east on Schunior Road and Closner Road and came to a stop. Agent H. Almager observed the male passenger exit the vehicle and get into the driver's seat and the female got into the passenger seat. Minutes later, the vehicle was observed traveling southbound on mile 6 and Farm to Market 107. Agent N. Silva then requested assistance from Hidalgo County Constables to assist. Constable Deputy David Sanchez responded to the request and observed the green suburban traveling southbound on Mile 6 to expressway 83 and conducted a traffic stop for a speeding violation. The driver of the Suburban could not present any identification and initially gave the name of Sergio Miranda to the Deputy.

The passenger of the vehicle could not present any identification. Constable Sanchez then requested assistance from Border Patrol. Agents N. Silva, J. Alvarado and J. Lopez responded to the traffic stop and questioned the two occupants of the Suburban as to their citizenship. Both subjects stated that they did not have any legal documents to allow them to remain the United States legally. Both subjects were placed under arrest and were read their Miranda Rights by Agent N. Silva and witnessed by Agent Alvarado. The driver of the Suburban stated that his name was Bulmaro SOLORZANO-Barrientos, and freely agreed to answer questions without his attorney present. SOLORZANO-Barrientos stated that he was the driver of the green Suburban that was seen at the HEB loading all the groceries and moments later arrived at the harboring location on Friday July 5, 2013. SOLORZANO-Barrientos admitted to dropping off food at the abandoned house located on Simpson Road, and Curve Road. SOLORZANO-Barrientos stated that there were approximately 100 undocumented aliens at the house. The passenger of the Suburban, Laura Alicia VARGAS-Gomez freely admitted that she had purchased food at the H.E.B. on I. road and Expressway 83 on Friday July 5, 2013. She stated that she had purchased large amounts of food along with SOLORZANO-Barrientos and had dropped off the food at the harboring location. VARGAS-Gomez also stated that there were approximately 100 undocumented aliens at the harboring location. SOLORZANO-Barrientos gave consent to Agent N. Silva to go inside the residence and stated that there was a key to the gate but that he did not have it. SOLORZANO-Barrientos stated that the back door to the house was always kept unlocked. Constable Sanchez issued SOLORZANO-Barrientos a citation and turned over custody to the Border Patrol. Both subjects were then transported by to the Weslaco Border Patrol Station for processing.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

#### ATTACHMENT TO CRIMINAL COMPLAINT:

M-13- 1236-M

RE:     Bulmaro Solorzano-Barrientos     A201 103 134
         Laura Alicia Vargas-Gomez        A206 142 085
         Gavildo Perez-Lopez             A205 376 675

**CONTINUATION:**
At approximately 3:30 P.M., the Rio Grande Valley Fraud, Intelligence, Smuggling, Terrorism (FIST) Unit along Weslaco Border Patrol Agents, and Hidalgo County conducted a consensual search for undocumented aliens at the harboring location. As the agents approached to conduct consent to search, numerous subjects proceeded to run out of the residence and agents could see numerous subjects moving inside the home. For officer safety purposes, agents moved into the home to secure the subjects. A total of 47 subjects were found inside the residence. When questioned as to their legal status in the United States, all 47 subjects admitted to being in the United States illegally. Subjects were then transported to the Weslaco Border Patrol Station for further processing. Gavildo PEREZ-Lopez was originally found inside the stash house however at the Weslaco Border Patrol Station material witnesses implicated him as the caretaker of the home.

PRINCIPAL STATEMENTS:

1. Bulmaro SOLORZANO-Barrientos was advised of his rights by Agent Jose Alvarado. He stated that he understood his rights and was willing to give a sworn statement without the presence of a lawyer.

He stated that he has been living in Edinburg, Texas for three years and that he was deported three months ago, but came back illegally. He stated he works for a subject he knows as "El Capi" and that he was hired and getting paid $500 per week to buy food and water and to take it to the harboring house. He stated that he would drop off food and water every two days.

2. Laura AliciaVARGAS-Gomez was advised of her rights by Agent J. Perez. Subject stated that she understood her rights and was willing to give a sworn statement without the presence of a lawyer.

VARGAS-Gomez stated that she and her husband (Bulmaro SOLORZANO-Barrientos) have taken food eight different times before to the harboring house that (Gavildo PEREZ-Lopez) was taking care of. VARGAS-Gomez further stated that a subject named "David" would pay her and her husband five-hundred dollars per week for delivering food to the harboring house. She stated that she and her husband have been taking food for a month. VARGAS-Gomez stated that she entered the stash house a week ago and observed eighty to one-hundred people inside. VARGAS-Gomez stated that the $2,500 that she had on her person was the amount "David" had paid them for delivering food to the harboring house. She also stated that she knew what she was doing was illegal. VARGAS-Gomez identified in a photo lineup Bulmaro SOLORZANO-Barrientos as her husband and the person who she accompanied to deliver food to the undocumented aliens at the harboring house and Gavildo PEREZ-Lopez as the person in charge of the house and the one that would open the gate for them to enter the property.

3. Gavildo PEREZ-Lopez was advised of his rights by Agent S. Orozco. PEREZ-Lopez stated that he understood his rights and was willing to give a sworn statement without the presence of a lawyer.

PEREZ-Lopez stated to have made arrangements with a smuggler by the name of "Bacha" to help smuggle him into the United States.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-13- 1236 -M

| RE: | Bulmaro Solorzano-Barrientos | A201 103 134 |
|---|---|---|
| | Laura Alicia Vargas-Gomez | A206 142 085 |
| | Gavildo Perez-Lopez | A205 376 675 |

**CONTINUATION:**
He stated that when he arrived to the location he was arrested today, he was told by a subject named "Pelon", later identified as Bulmaro SOLORZANO-Barrientos, to pay $5,000 before being smuggled up north. He stated that he did not have the money therefore, a subject by the name of "Alicia", later indentified as Laura Alicia VARGAS-Gomez, told him to help around the house to pay his way up north. He stated that he was gaining proceeds by helping around and that 4 weeks ago "Alicia" brought necessities and stocked them up in a closet and told him to sell them to everyone at the house. He stated that "Alicia" paid him $240 dollars a week for his services. He also stated that he has lefr the residence with "Pelon" to buy groceries because "Pelon" was in charge of taking food to the house on a daily basis. PEREZ-Lopez stated that "Alicia" was that main person in charge at the house because she gave everyone orders and told them what needed to be done around the house. He also stated that he received the cell phone he was using from "Pelon". PEREZ-Lopez had a total of $1645 dollars which he stated he made while working with both Bulmaro SOLORZANO-Barrientos and Laura Alicia VARGAS-Gomez.

MATERIAL WITNESSES STATEMENT:

1. Karla Yvonne VELADO-Campos was read her Miranda Rights by Agent H. Almaguer. VELADO stated that she understood her rights and was willing to provide a sworn statement without the presence of an attorney.

VELADO stated that she had been at the harboring house for 12 days. VELADO stated that approximately 100 people were inside the house and that the house had no air conditioning or electricity. VELADO stated that she had only observed two subjects that brought food and water to the residence. VELADO was shown a Photo Lineup and identified Laura Alicia VARGAS-Gomez, and Bulmaro SOLORZANO-Barrientos as the individuals that would transport food and water to the stash house. VELADO also identified Gavildo PEREZ-Lopez as an undocumented alien who would sell items at the house.

2. Jaime MARTINEZ-Abelino was advised of his rights by Agent J. Trevino. He stated that he understood his rights and was willing to give a sworn statement without the presence of an attorney.

MARTINEZ stated that he crossed the river illegally near Reynosa, Mexico by wading across. He further stated that when he and a group of people crossed they walked in the brush for four hours and claims that a blue van picked them up near the river and took them to the stash house where he was apprehended. MARTINEZ positively identified, in a photo lineup, Bulmaro SOLORZANO-Barrientos as the subject that would deliver food to the stash house and Gavildo PEREZ-Lopez as the subject in charge of the house. MARTINEZ also stated that the house was very crowded and that it was extremely hot inside and that the caretaker would insult them and would give the people inside the house orders.